FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 10:41 am, Dec 09, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JEFFREY HOYT COUCH, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:19-cv-100 |
| | * | |
| v. | * | |
| | * | |
| APPLING ITF, et al., | * | |
| | * | |
| Defendants. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 12. No party to this action filed Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims against Defendants Clary, Mercer, other unnamed staff members, and Appling ITF. Plaintiff's claims for denial of medical treatment against Defendants Cheney, Shephard, Black, and Saws remain pending. Dkt. No. 13.

SO ORDERED, this 9 day of December, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA