

FILED
John E. Triplett, Acting Clerk
United States District Court

By STaylor at 1:57 pm, Jan 26, 2021

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JEFFREY HOYT COUCH, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:19-cv-100 |
| | * | |
| v. | * | |
| | * | |
| DR. CHENEY; SHEPHARD; BLACK; and SAWS, | * | |
| | * | |
| | * | |
| Defendants. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 19. Plaintiff did not file Objections to this Report and Recommendation. In fact, the Report and Recommendation was returned as undeliverable, with the notations: "Return to Sender, Attempted-Not Known, Unable to Forward." Dkt. No. 21, p. 8.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint based on his failure to follow a Court Order, **DIRECTS** the Clerk of Court to

**CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this \_\_\_\_26\_\_\_\_ day of \_\_\_\_\_2021_____, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA