AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia


FILED
John E. Triplett, Acting Clerk
United States District Court
By CAsbell at 4:13 pm, Jan 27, 2021

JEFFREY HOYT COUCH,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:19-cv-100

DR. CHENEY; SHEPHARD; BLACK; and SAWS,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court enter this 26th day of January 2021, the Magistrate Judge's Report and Recommendation is ADOPTED as the Order of the Court. Therefore, Plaintiff's Complaint is DISMISSED without prejudice, and Plaintiff is denied in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: January 26, 2021

John E. Triplett, Acting Clerk
Clerk

Sherry Taylor
(By) Deputy Clerk

GAS Rev 10/2020